1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| IN RE KENNETH A. SOTO | ) | No. C 13-00477 EJD (PR) |
|---|---|---|
| Plaintiff. | ) | ORDER OF DISMISSAL |
| | ) | |

12
13
14
15
16
17

On February 4, 2013, Plaintiff, a state prisoner proceeding <u>pro se</u>, filed a letter complaining of prison conditions which initiated the instant civil rights action.  The same day, the Clerk of the Court sent Plaintiff a notice that he must file a complaint using the court's form complaint within thirty days from the filing date of the notice to avoid dismissal.  (<u>See</u> Docket No. 2.)  Plaintiff was provided with a blank copy of the form complaint.

The deadline has since passed, and Plaintiff has not filed an amended complaint. Accordingly, this action is DISMISSED without prejudice.

DATED: _____  4/5/2013

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


IN RE KENNETH A SOTO,

       Plaintiff.

Case Number: CV13-00477 EJD

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____4/9/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Kenneth A. Soto V-39132
Pleasant Valley State Prison
P. O. Box 8500
Coalinga, CA 93210


Dated: _____4/9/2013_____

                         Richard W. Wieking, Clerk
                         /s/ By: Elizabeth Garcia, Deputy Clerk