IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE KENNETH A. SOTO | ) | No. C 13-00477 EJD (PR) |
| Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL |

On February 4, 2013, Plaintiff, a state prisoner proceeding pro se, filed a letter complaining of prison conditions which initiated the instant civil rights action. The same day, the Clerk of the Court sent Plaintiff a notice that he must file a complaint using the court's form complaint within thirty days from the filing date of the notice to avoid dismissal. (See Docket No. 2.) Plaintiff was provided with a blank copy of the form complaint.

The deadline has since passed, and Plaintiff has not filed an amended complaint. Accordingly, this action is DISMISSED without prejudice.

DATED: 4/5/2013

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.EJD\CR.13\00477Soto_dism.wpd       1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE KENNETH A SOTO,

    Plaintiff.

Case Number: CV13-00477 EJD

**CERTIFICATE OF SERVICE**

_____ /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____4/9/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth A. Soto V-39132
Pleasant Valley State Prison
P. O. Box 8500
Coalinga, CA 93210

Dated: _____4/9/2013_____

                                          Richard W. Wieking, Clerk
                                  /s/ By: Elizabeth Garcia, Deputy Clerk